UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. CR 408-102 |
| | ) | |
| GLOBAL PIGEON SUPPLY | ) | |

## FINAL ORDER OF FORFEITURE AND DISTRIBUTION

WHEREAS on September 11, 2008, this Court entered a Preliminary Order of Forfeiture, ordering Global Pigeon Supply ("the Defendant") to forfeit $53,000.00 in U.S. Currency;

WHEREAS, in accordance with 21 U.S.C. § 853, notice of the forfeiture of the $53,000.00 in U.S. Currency and the requirements for filing a claim to the property was published on the government website, www.forfeiture.gov, for thirty (30) consecutive days starting on September 26, 2008 and ending on October 26, 2008;

WHEREAS a Declaration of Publication was filed on November 6, 2008, evidencing said publication dates;

WHEREAS, no timely claim has been filed; and

WHEREAS the Court finds that Defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that $53,000.00 in U.S. Currency is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c);

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of

America, and shall be disposed of by law;

IT IS FURTHER ORDERED that all expenses of the Department of Justice and the United States Marshals Service related to the seizure and forfeiture of the subject property, namely $53,000 in U.S. Currency, shall be paid from said U.S. Currency. All remaining funds and proceeds shall be deposited by the United States Marshals Service into the Department of Justice Assets Forfeiture Fund, in accordance with 28 U.S.C. §524( c); and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED this 3 day of Dec., 2008 in *U.S. v. Global Pigeon Supply,* CR408-102

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Prepared by: James D. Durham
Assistant U.S. Attorney
100 Bull Street, Suite 201
Savannah, Ga 31412-8970
(912) 652-4422
U.S. v. Global Pigeon Supply
CR408-102